Hand-Delivered

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
CHARLOTTE, NC
DEC 2 3 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
District of

Division

Case No. 3:25-CV-1024-FDW
*(to be filled in by the Clerk's Office)*

Kimyatta La'Joy Carter

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jury Trial: *(check one)* ☐ Yes ☒ No

Forward Air Services, LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Kimyatta La'Joy Carter
   Street Address: 8027 Whitehall Executive Center Dr. Apt 5103
   City and County: Charlotte Mecklenburg
   State and Zip Code: NC 28273
   Telephone Number: 770-853-4579
   E-mail Address: KimC943@gmail.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Forward Air Services, LLC.
- Job or Title *(if known)*:
- Street Address: 1915 Snapps Ferry Road, Bldg N
- City and County: Greenville, Greene County
- State and Zip Code: TN, 37745
- Telephone Number: 423-636-7007
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., and 42 U.S.C. § 1981.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

       b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)*   cf_____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. On December 13, 2021 Kimyatta was hired as and Account Executive at Forward Air Services and later accepted a promotion to Growth Manager on July 14, 2023.

2. Kimyatta excelled in her role as Growth Manager, consistently surpassing quarterly goals and earning commission through sustained performance.

3. Beginning in August 2023 and continuing Kimyatta's new supervisor treated her differently than her similary situated Caucasian team members. It was a pattern and practice for their manager to accompany them on major stakeholder meetings. Unlike other team members he never attended any of her meetinggs.

4. Kimyatta worked on a team of five other Growth managers and she was the only African American team member.

5. On 1/12/2024, Kimyatta was placed on a 30 day PIP (Performance Improvement Plan) with no prior warning or documented indication that her performance was lacking.

6. Although Kimyatta's performance compared favorably to other team members, she was the only Growth manager placed on a PIP.

7. On January 19, 2024 Kimyatta's direct supervisor was informed of a substantial client win that would generate over 3 million in new revenue and would start onboarding the same month.

8. On Febuary 1 2024, three weeks after being placed on a Performance Improvement Plan (PIP), Kimyatta received a commission check acknowledging and praising her performance for exceeding her assigned goal.

9. On Febuary 20, 2024 Kimyatta was terminated for performance, despite a consistent record of exceeding quarterly goals, earning commissions and achieving significant wins.

10. During the exit interview with Kimyatta's direct supervisor and HR Director, there was acknowledgement that several metrics on the PIP could not be measured. For instance, the requirement to achieve 30% of the quarterly revenue goal. This goal was not set as of 2/20/24 making it impossible to objectively evaluate performance against this metric.

11. Kimyatta was subjected to adverse employment actions, including being placed on a PIP and ultimately terminated, as a result of racial discrimination.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plantiff respectfully requests that the Court award:

1. Back pay and lost commisions, including any bonuses owed, in the amount of $126,000

2. Compensatory damages for emotional distress and harm caused by racial discrimination.

3. Punitive damages to deter future discriminatory conduct.

4. Court fees and costs.

5. Any other relief the Court deems just and proper.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-33-25

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Kimyattra La'Juy Carter

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

cc:
Jason Ensley
Forward Air Corporation
1915 SNAPPS FERRY RD BLDG N
Greeneville, TN 37745

NA NA
1915 SNAPPS FERRY ROAD BLDG N
Greeneville, TN 37745

Diana Oliveros
Forward Air Solutions
1915 SNAPPS FERRY ROAD BLDG N
Greeneville, TN 37745


Please retain this Notice for your records.